IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAURITZ E. GIBBS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-CV-1153-M |
| | § | |
| OCWEN LOAN SERVICING, LLC, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant JPMorgan Chase Bank, National Association's Motion to Dismiss [Dkt. No. 11]; the Motion to Dismiss filed by Defendants Ocwen Loan Servicing, LLC, Ocwen Financial Corporation, and Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-HE4 Mortgage Pass-Through Certificates, Series 2005-HE4 [Dkt. No. 14]; and the motion filed by Defendants Goldman Sachs Mortgage Company and GS Mortgage Securities Corp. for Adoption and Joinder [Dkt. No. 27] are GRANTED. Plaintiff's complaint is dismissed with prejudice in its entirety as to all served and unserved defendants.

SO ORDERED this 5th day of September, 2014

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS